January 8, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ESTATE OF SCOTT GREGORY SUMMERS, DECEASED

_____

This cause, an appeal from the judgment in favor of Gregory Lance Summers, signed June 18, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order Kathleen Martorell Marden to pay all costs incurred in this appeal.

We further order this decision certified below for observance.